AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

HOWARD PAUL BEST, III
258 CO. ROAD 109
MONTEVALLO, AL 36115

**WARRANT FOR ARREST**

Case Number:   2:06CR67-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____HOWARD PAUL BEST, III_____
                                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n):

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

FELON IN POSSESSION OF FIREARMS  (1 count)

in violation of Title _____18_____ United States Code, Section(s) __922(g)(1)__

DEBRA P. HACKETT
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer - DEPUTY CLERK

March 2, 2006
DATE

CLERK OF COURT
Title of Issuing Officer

MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $  to be set at initial appearance    BY  U.S. MAGISTRATE JUDGE
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |