IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v )
) CR. NO. 2:06cr67-WHA
HOWARD PAUL BEST, III )
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Howard Paul Best, III__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

March 15, 2006
**DATE**

_/s/ Howard P. Best_
**DEFENDANT**

_/s/ Anthony J. Joseph_
**ATTORNEY FOR DEFENDANT**