| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 3-15-2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:49 - 4:05 pm |
| | COURT REPORTER: |

☑ **ARRAIGNMENT**　　☐ CHANGE OF PLEA　　☐ CONSENT PLEA
☐ RULE 44(c) HEARING　　☐ SENTENCING

*Notice Given*

PRESIDING MAG. JUDGE: DRB　　DEPUTY CLERK: sql
CASE NUMBER: 2:06cr67-WHA　　DEFENDANT NAME: Howard Paul BEST, III
AUSA: Redmond　　DEFENDANT ATTORNEY: Anthony Joseph

Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: _____
Interpreter present? (✓)NO; ( )YES　　Name: KARS, 3-15-06

☑ This is defendant's **FIRST APPEARANCE.**
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:　　☑ Not Guilty
　　　　　☐ Guilty as to:
　　　　　　　☐ Count(s):
　　　　　　　☐ Count(s):　　　　　☐ dismissed on oral motion of USA
　　　　　　　　　　　　　　　　　☐ to be dismissed at sentencing
☐ Written plea agreement filed　　☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:　　　　☐ WAIVER OF SPEEDY TRIAL filed ✓
　　　　　DISCOVERY DISCLOSURE DATE: 3-15-06
☑ ORDER: Defendant continued under ☑ ~~~~ bond; ☐ summons; for:
　　☑ Trial on _____; ☐ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U.S. Marshal for:
　　☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:　☐ Waiver of Conflict of Interest Form executed
　　　　　　　　　　☐ Defendant requests time to secure new counsel